Aaron P. Hisel, OSB #161265
*aaron@montoyahisellaw.com*
Elizabeth A. Jones, OSB #201184
*beth@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
  Telephone: (503) 480-7250
  Fax: (503) 779-2716
   Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| ADAM DAVID NILSSON, | Case No. 2:19-cv-01250-HL |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| BAKER COUNTY, et al., | |
| Defendants. | |

The parties to this action have conferred and submit the following Joint Status Report pursuant to the Court's email request of December 1, 2022.

1. **Whether Stay of Discovery Should be Lifted**: The parties agree that additional discovery is necessary and that the stay should be lifted.

2. **Whether Plaintiff Intends to Obtain Counsel**: Plaintiff intends to proceed pro se.

3. **ADR Options and Filing of Joint ADR Report**: The parties ask to address with Judge Hallman at our next status conference whether ADR would be fruitful and, if so, set a date for a joint ADR report at that time.

4. **Consent to a Magistrate / Transfer:** Notwithstanding the fact that a withdraw of consent to jurisdiction exists in the record (ECF 113), the parties may still obtain full consent for purposes of trial and discussions on that issue continue.

5. **Scheduling Order**:

At this point, the only deadline the parties seek to have the Court set is the reopening of discovery for a period of approximately ninety (90) days. It may also be appropriate for the Court to set a deadline for a Joint ADR Report as well after the status conference.

6. **Availability for Status Conference**:

Between now and January 1, 2023, the parties are generally available for a status conference with the Court except for December 16th and December 30th.

DATED this 9th day of December, 2022.

                                            s/Aaron P. Hisel
                                            Aaron P. Hisel, OSB #161265
                                            Elizabeth A. Jones, OSB #201184
                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

>Adam Nilsson
>39064 Dubarko Road
>Sandy, OR 97055
>*adam@provolotus.com*
>   Plaintiff *pro se*

by the following indicated method or methods:

☒   by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 9th day of December, 2022.

>s/Aaron P. Hisel
>Aaron P. Hisel, OSB #161265
>Of Attorneys for Defendants